[No. 27550-0-I. Division One. June 29, 1992.]

MICHAEL FREILICH, *Respondent*, v. CREDELL GREEN,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-15292-8, Anthony P. Wartnik, J., entered
November 2, 1990. *Affirmed* by unpublished opinion per
Forrest, J., concurred in by Webster, A.C.J., and Agid, J.

[No. 14767-8-II. Division Two. June 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TED
V. HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90-1-00147-8, Daniel J. Berschauer, J.,
entered February 12, 1991. *Affirmed* by unpublished opin-
ion per Petrie, J. Pro Tem., concurred in by Morgan,
A.C.J., and Alexander, J.

[No. 15263-1-II. Division Two. June 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
LONELL MATTHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 91-1-00385-5, Milton R. Cox, J., entered August
15, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro
Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.